**In re Harry FISCH.**

**No. 2011–1068.**

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

William F. Smith, Woodcock Washburn, LLP, of Philadelphia, PA, argued for appellant. With him on the brief was John F. Murphy.

Nathan K. Kelley, Solicitor Associate, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

LINN, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**